916 So.2d 65 (2005)
D.E.M., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D05-1208.
District Court of Appeal of Florida, Third District.
December 14, 2005.
Bennett H. Brummer, Public Defender, and Robert Godfrey, Assistant Public Defender, for appellant.
Charles J. Crist, Jr., Attorney General and Maria T. Armas, Assistant Attorney General, for appellee.
Before LEVY and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See State v. Perez-Garcia, 917 So.2d 894 (Fla. 3d DCA Case no. 3D04-1510, opinion filed, Oct. 12, 2005); State v. Howard, 909 So.2d 390 (Fla. 1st DCA 2005); see also Cady v. Dombrowski, 413 U.S. 433, 93 S.Ct. 2523, 37 L.Ed.2d 706 (1973); Hilton v. State, 901 So.2d 155 (Fla. 2d DCA 2005), notice for discretionary review filed, No. SC05-438 (Fla. March 14, 2005); Tubbs v. State, 897 So.2d 520, 523 (Fla. 3d DCA 2005); Cobb v. State, 378 *66 So.2d 82 (Fla. 3d DCA 1979), cert. denied, 388 So.2d 1111 (Fla.1980); State v. Tully, 166 Conn. 126, 348 A.2d 603 (1974).